AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Gibson, Kim R | 2. Court or Organization<br><br>U.S. District Court, PA | 3. Date of Report<br><br>5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>● Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>104 Penn Traffic Building<br>319 Washington Street<br>Johnstown, PA 15901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTA   NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-chairman | Flight 93 Memorial Task Force |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | Somerset County Employees Retirement Plan - pension received each month beginning in 2001. |
| 2. | 1998 | Pennsylvania State Employees Retirement Plan - pension received each month beginning in 2003; also medical insurance is provided under the plan. |
| 3. | 1996 | United States Army Reserves Retirement - pension to be received upon reaching 60 years of age. |

RECEIVED
Mar 20  10 17 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Somerset County Employees Retirement Plan (county pension). | $10,580.64 |
| 2. | 2004 | Pennsylvania State Employees Retirement Plan (state pension). | $17,170.08 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Assn. | March 26 - New York City, NY, Dinner in Honor of Federal Judiciary (Travel, Room, Meals) |
| 2. | Allegheny County Bar Assn. | June 17-19 - Champion, PA, Annual Bar Assn. Meeting (Room, Meals) |
| 3. | Allegheny County Academy of Trial Lawyers | September 30-October 2 - Farmington, PA, Annual Academy Meeting (Room, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Line of Unsecured Credit | J |
| 2. | USAA | Line of Unsecured Credit | J |
| 3. | Citi Bank | Line of Unsecured Credit | K |
| 4. | Bank One | Line of Unsecured Credit | K |
| 5. | Chase Bank | Line of Unsecured Credit | K |
| 6. | 5 Star Bank | Line of Unsecured Credit | J |
| 7. | Bank of America | Line of Unsecured Credit | J |
| 8. | BMW Bank | Line of Unsecured Credit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ *NONE* (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First National Bank - Accounts | A | int. | K | T | | | | | - |
| 2. Somerset Trust Company | - | - | - | - | | | | | Assets now set forth in 21-31 |
| 3. Nationwide Retirement Solutions | - | - | - | - | | | | | Assets now set forth in 13-17 |
| 4. USAA Aggressive Growth Fund | A | int./div. | J | T | | | | | - |
| 5. USAA Emerging Market Fund | A | int./div. | J | T | | | | | - |
| 6. USAA International Fund | A | int./div. | K | T | | | | | - |
| 7. USAA Science & Technology Fund | A | int./div. | J | T | | | | | - |
| 8. USAA First Start Fund | A | int./div. | J | T | | | | | - |
| 9. USAA Income Fund | A | int. | K | T | | | | | - |
| 10. USAA Intermediate - Term Bond Fund | A | int. | J | T | | | | | - |
| 11. USAA S&P 500 Index Fund | A | int./div. | J | T | | | | | - |
| 12. USAA Small Cap Stock Fund | A | int./div. | J | T | | | | | - |
| 13. Fidelity Equity Income Fund | A | int./div. | J | T | | | | | - |
| 14. Nationwide Fixed Account | A | int./div. | K | T | | | | | - |
| 15. Fidelity Magellan Fund | A | int./div. | K | T | | | | | - |
| 16. American Century Ultra Fund | A | int./div. | K | T | | | | | - |
| 17. Templeton Foreign Fund, Class A | A | int./div. | J | T | | | | | - |
| 18. Nationwide Life Insurance - Universal Life | A | int./div. | J | T | | | | | - |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. AAFMAA Life Insurance - Whole Life | A | int/div. | K | T | | | | | - |
| 20. Prudential Life Insurance - Whole Life | A | int./div. | J | T | | | | | - |
| 21. Real Estate - Residential Lot - Somerset, PA | - | None | K | R | | | | | - |
| 22. Federated GNMA Trust #16 | A | div. | J | T | | | | | - |
| 23. Federated Stock Trust #19 | A | div. | J | T | | | | | - |
| 24. Federated Growth Fund #48 | - | None | J | T | | | | | - |
| 25. Federated Kaufman Class A Fund #66 | - | None | J | T | | | | | - |
| 26. Federated Equity FDS Comm Tech Cl. A #965 | - | None | J | T | | | | | - |
| 27. Fed. Int. Capital Appreciation Fund #863 | - | None | J | T | | | | | - |
| 28. Prime Obligations Fund Principal #10 | A | int. | J | T | | | | | - |
| 29. Federated Large Cap Growth Fund #322 | - | None | J | T | | | | | - |
| 30. Transamerica Fincl. Corp. Debs Zero Cpn due 9/1/ 7 | - | None | J | T | | | | | - |
| 31. Somerset Trust Company - Accounts | A | int. | J | T | | | | | - |
| 32. Estate #1 | - | - | - | - | | | | | See Note 1 in Part VIII |
| 33. Somerset Trust Company - Account | A | int. | J | T | part disb | | M | - | See Note 1 in Part VIII |
| 34. Merrill Lynch - Accounts | - | - | - | - | sell | 3/15 | K | C | n/a |
| 35. GNM | - | - | - | - | sell | 3/15 | J | C | n/a |
| 36. GM Bonds | - | - | - | - | sell | 3/15 | K | C | n/a |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Duke Energy Bonds | - | - | - | - | sell | 3/15 | K | C | n/a |
| 38. Capstead Mortgage | - | - | - | - | sell | 3/15 | J | C | n/a |
| 39. N Star | - | - | - | - | sell | 3/15 | J | C | n/a |
| 40. PPL Corp. | - | - | - | - | sell | 3/15 | K | C | n/a |
| 41. Pub Svc Enterprise Grp. | - | - | - | - | sell | 3/15 | K | C | n/a |
| 42. Wachovia Corp | - | - | - | - | sell | 3/15 | G | C | n/a |
| 43. Real Estate - Residential - Somerset, PA | - | - | - | - | sell | 7/7 | G | A | n/a |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,001-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gibson, Kim R | 5/6/2005 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) Part VII, page 2, line 32.  The assets of this estate were almost entirely distributed during 2004 to the three heirs of the estate.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief; and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                 Date **May 6, 2005**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544